IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ONEIL ALLEN,** : | |
| : | |
| **Plaintiff,** : | |
| : | **CIVIL ACTION NO. 02-CV-3663** |
| v. : | |
| : | |
| **BEST FOODS BAKING COMPANY** : | |
| F/k/a, d/b/a, and/or t/a : | |
| Entenmann's Inc. : | |
| : | |
| **&** : | |
| : | |
| **Nicholas DeVirgiliis, Individually** : | |
| **& in His Official Capacity as** : | |
| **Division Sales Manager for** : | |
| **BEST FOODS BAKING COMPANY** : | |
| F/k/a, d/b/a, and/or t/a : | |
| Entenmann's Inc : | |
| : | |
| **Defendants.** : | |

## ORDER

AND NOW this        day of                    , 2003, upon consideration of Defendants' Motion to Dismiss Plaintiff's Amended Complaint, their supporting Memorandum of Law, and Plaintiff's response thereto, it is hereby ORDERED that said Motion is GRANTED, and that Plaintiff's Amended Complaint is dismissed in its entirety with prejudice.

                                                                           _____
                                                                           Michael M. Baylson, J.

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

_____

**ONEIL ALLEN,**          :
                          :
        **Plaintiff,**   :   **CIVIL ACTION NO. 02-CV-3663**
                          :
v.                        :
                          :
**BEST FOODS BAKING COMPANY**   :
F/k/a, d/b/a, and/or t/a  :
Entenmann's Inc.          :
                          :
        **&**   :
                          :
**Nicholas DeVirgiliis, Individually**   :
**& in His Official Capacity as**        :
**Division Sales Manager for**           :
**BEST FOODS BAKING COMPANY**            :
F/k/a, d/b/a, and/or t/a                 :
Entenmann's Inc.                         :
        **Defendants.**   :
_____:

### DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

Defendants Best Foods Baking Company and Nicholas DeVirgiliis, by and through their attorneys, hereby move the court, pursuant to Federal Rule of Civil Procedure 12(b)(6), for an order dismissing all claims in Plaintiff's Amended Complaint with prejudice for the reasons set forth in the accompanying Memorandum of Law and the exhibits attached thereto.

                                      Respectfully submitted,

                                      _____

Of Counsel:                        Edward S. Mazurek (PA I.D. No. 50278)
MORGAN, LEWIS & BOCKIUS LLP   1701 Market Street
                                              Philadelphia, PA  19103
                                              (215) 963-5019
                                              Attorney for Defendants Best Foods Baking Co.
                                              and Nicholas DiVirgiliis

Dated: June 4, 2003

## **CERTIFICATE OF SERVICE**

I, Joanne M. Wright, an attorney, hereby certify that a true and correct copy of the foregoing Defendants' Motion to Dismiss Plaintiff's Amended Complaint, supporting Memorandum of Law and proposed Order were served this 4th day of June 2003 by hand delivery upon:

D. Louis Nicholson, Esquire
1822 Spring Garden Street
Philadelphia, PA  19130

_____
JOANNE M. WRIGHT