IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

```
_____
ONEIL ALLEN,                          :
         Plaintiff                    :
                                      :
   v.                                 :
                                      :
BEST FOODS BAKING COMPANY             :
F/k/a, d/b/a and/or t/a               :   CIVIL ACTION
Entennmann's Inc.                     :   NO. 02-CV-3663
                                      :
    &                                 :
                                      :
NICHOLAS DEVIRGILLIS, Individually    :
& in His Official Capacity as         :
Division Sales Manager for            :
BEST FOODS BAKING COMPANY             :
F/k/a, d/b/a, and/or t/a              :
Entenmann's Inc,                      :
                                      :
         Defendants.                  :
                                      :
_____:
```

**O R D E R**

AND NOW, this _____ day of _____, 2002, upon consideration of Defendant's Motion to Dismiss Plaintiff's Amended Complaint, and Plaintiff's Answer thereto, it is hereby ORDERED and DECREED that said Motion is DENIED.

```
                                   _____
                                   MICHAEL M. BAYLSON, J.
```

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

_____
ONEIL ALLEN,                          :
       Plaintiff           :
  v.                                  :
                                  :
BEST FOODS BAKING COMPANY             :
F/k/a, d/b/a and/or t/a               : CIVIL ACTION
Entennmann's Inc.                     : NO. 02-CV-3663
                                  :
  &                                 :
                                  :
NICHOLAS DEVIRGILLIS, Individually    :
& in His Official Capacity as         :
Division Sales Manager for            :
BEST FOODS BAKING COMPANY             :
F/k/a, d/b/a, and/or t/a              :
Entenmann's Inc,                      :
                                  :
       Defendants.         :
                                  :
_____:

**PLAINTIFF'S ANSWER TO DEFENDANTS'**
**MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

      Plaintiff, Oneil Allen, by and through his attorney, D. Louis Nicholson, Esquire, hereby deny all the allegations alleged in Defendants' motion to dismiss Plaintiff's Complaint for the reasons set forth in the attached Memorandum of Law which are incorporated herein as fully as if set forth in total hereafter.

                    Respectfully submitted,

                    _____
                    D. Louis Nicholson, Esquire
                    Attorney I.D. No. 47261
                    1822 Spring Garden Street
                    Philadelphia, PA 19130
                    215-564-7657
                    Fax: 215-564-9659
                    Attorney for Plaintiff
                    Oneil Allen

Date: December 18, 2002