DATE OF NOTICE: December 10, 2003

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| O'NIEL ALLEN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 02-cv-3663 |
| BEST FOODS BAKING COMPANY | : | |

**AMENDED NOTICE**

Please be advised that a **PRELIMINARY PRETRIAL CONFERENCE** will be held by telephone on Thursday, December 18, 2003 at 4:30 p.m., with the Honorable Michael M. Baylson. Plaintiff will initiate the telephone conference and when all counsel are on the line, call Chambers at (267) 299.7520.

This Amended Notice is being forwarded to counsel to correct the Civil Action Number on the original Notice, forwarded on December 5, 2003.

Lynn Meyer
Deputy Clerk to Judge Baylson
267.299.7521

cc:   Joanne Wright, Esq. (fax)
      D. Louis Nicholson, Esq. (fax)
      Edward Mazurek, Esq. (fax)

O:\Pretrial conference forms for cases\Allen v. Best Foods 02-3663 - amended pretrial conf notice.wpd