IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| O'NIEL ALLEN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 02-cv-3663 |
| BEST FOODS BAKING COMPANY | : | |

## SCHEDULING ORDER AND TRIAL PROCEDURE

AND NOW, this 19th day of December, 2003, after a pretrial conference pursuant to Rule 16, Federal Rules of Civil Procedure:

1. Discovery deadline:    April 30, 2004    .

2. Exchange of expert reports pursuant to Rule 26(a)(2).

    Plaintiff:    N/A    .

    Defendant:    N/A    .

3. Report, by letter, to the court re: settlement:    April 1, 2004    .

    Without disclosing any specific settlement position, counsel shall advise the court whether settlement discussions have taken place, and when the court should schedule a settlement conference.

4. Deadline for dispositive motions:    May 14, 2004    .

5. Pretrial Memoranda filed and served pursuant to Local Rule 16.1(c), and service of a copy of trial exhibits:

    Plaintiff:    May 21, 2004    

    Defendant:    May 28, 2004    .

6. Date for trial or entry into trial pool: <u>    June 21, 2004    </u>.

7. The parties shall follow Judge Baylson's pretrial and trial procedures.

BY THE COURT:

_____
Michael M. Baylson, U.S.D.J.

O:\Scheduling Orders - REVISED\Allen v. Best Foods 02-3663 - scheduling order.wpd