DATE OF NOTICE: May 3, 2004

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ONIEL ALLEN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 02-cv-3663 |
| BEST FOODS BAKING COMPANY | : | |

## NOTICE

Please be advised that there will be a telephone conference on Thursday, May 6, 2004 at 4:00 p.m. with the Honorable Michael M. Baylson for purposes of scheduling. Plaintiff's counsel will initiate, and when all counsel are on the line, call Chambers at 267.299.7520.

BY THE COURT:

Lynn Meyer
Deputy Clerk to Judge Baylson
267.299.7521

cc   D. Louis Nicholson, Esq. (fax)
     Edward Mazurek, Esq. (fax)
     Joanne Wright, Esq. (fax)

O:\Notices\Allen v. Best Foods 02-3663 - Notice TC.wpd